# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| BASS PRO STATION, LLC, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:20-CV-34 |
| v. | ) |
| BASS PRO OUTDOOR WORLD, LLC | ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF AGREED ORDER

The parties have reached an agreed settlement and compromise in this matter pursuant to the terms of a separate written confidential settlement agreement. As part of the settlement, the parties hereby submit for entry the attached Agreed Order of Dismissal and Order Directing Court Clerk to Disburse Interpled Funds (the "Agreed Order"). All parties agree that the Agreed Order should be entered with the Court. Accordingly, the parties hereby jointly move for entry of the Agreed Order and distribution of the Interpled funds to Plaintiff as set forth in the Agreed Order. The Agreed Order is attached hereto and submitted contemporaneously herewith as **Exhibit A**.

WHEREFORE, the parties respectfully request that the Court enter the attached Agreed Order of Dismissal with Prejudice and Order Directing the Clerk to Disburse Interpled Funds.

[Signatures appear on the following page.]

SUBMITTED BY:

**GULLETT, SANFORD, ROBINSON & MARTIN, PLLC**

By: /s/ Phillip W. Welty
    Phillip W. Welty, #20327
    Sarah L. Locker, #31994
    150 Third Avenue South, Suite 1700
    Nashville, TN 37201
    (615)244-4994 phone
    (615)256-6339 fax
    pwelty@gsrm.com
    slocker@gsrm.com

**WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC**

By: /s/ Robert P. Noell
    Robert P. Noell, #020231
    P.O. Box 900
    Knoxville, TN 37901-0900
    (865)215-1000 phone
    rnoell@wmbac.com

*Attorneys for Plaintiff Bass Pro Station, LLC*

**DICKINSON WRIGHT PLLC**

By: /s/ Joshua L. Burgener
    Joshua L. Burgener, #029077
    424 Church Street, Suite 800
    Nashville, TN 37219
    (615) 244-6538 phone
    (844) 670-6009 fax
    jburgener@dickinsonwright.com

*Attorneys for Defendant Bass Pro Outdoor World, LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2020, a true and correct copy of the foregoing has been served on the following individuals consenting to electronic service by operation of the Court's electronic filing system:

Joshua L. Burgener, #029077
424 Church Street, Suite 800
Nashville, TN 37219
jburgener@dickinsonwright.com

Robert P. Noell
WOOLF, McCLANE, BRIGHT, ALLEN &CARPENTER, PLLC
P.O. Box 900
Knoxville, TN 37901-0900
rnoell@wmbac.com

                                            /s/ Phillip P. Welty
                                            Phillip P. Welty