UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BASS PRO STATION, LLC,          )
                                )
       Plaintiff,         )
                                )
                                )
v.                          )     No. 3:20-cv-34
                                )
BASS PRO OUTDOOR WORLD, LLC,   )
                                )
       Defendant.       )

## ORDER

It appears to the Court from the signatures of counsel for the parties below that the parties have agreed to compromise and settle the claims between them pursuant to the terms of a separate written confidential settlement agreement. The parties' joint motion for entry of agreed order is GRANTED. [Doc. 28]. It further appears that the parties agree that this matter should be dismissed with prejudice. The parties further agree that the funds interpled to the Court Registry by Fidelity National Title Insurance Company on May 5, 2020, pursuant to the Order entered March 10, 2020 (Docket No. 18) in the amount of $500,000.00 shall be disbursed to Plaintiff in full as part of the settlement in this matter. The parties shall bear their own respective expenses, discretionary costs, and attorney's fees in this matter.

It is, therefore, ORDERED, ADJUDGED, and DECREED that this matter shall be, and hereby is, DISMISSED WITH PREJUDICE.

It is further ORDERED that the Court Clerk shall be, and hereby is, authorized and directed to disburse the $500,000.00 interpled funds in the Court Registry to Plaintiff in the form of a check made payable to "Bass Pro Station, LLC" and sent to ATTN: Kendra W. Bowers, Esq., PREP Property Group, 1790 Bonanza Drive, Suite 201, Park City, Utah 84060.

It is further ORDERED that the parties shall bear their own respective expenses, discretionary costs, and attorney's fees in this matter.

It is further ORDERED that upon disbursement of the interpled funds as set forth herein, this matter may be closed.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
